UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BROWNING, and
MABEL CARTER,

      Plaintiffs,

v.

BANK OF AMERICA CORPORATION,

      Defendant.
_____/

Case No. 2:13-cv-13694
Hon. Terrence G. Berg

Prior Case:
Case No. 2:11-cv-12014
Hon. Arthur J. Tarnow

## TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

The Court has reviewed Plaintiffs' motion for temporary restraining order and an order to show cause as to why a preliminary injunction should not be issued pursuant to Fed.R.Civ.P. 65 and other exhibits submitted by the Plaintiffs and have determined the following:

    1.    Plaintiffs have a reasonable likelihood of success on the merits of their claims.

    2.    Plaintiffs will suffer irreparable harm and loss if Defendant is permitted to sell Plaintiffs' property and initiate summary proceedings for Plaintiffs eviction from 14650 Robson St, Detroit, MI 48227.

    3.    Plaintiffs have no adequate remedy at law.

    4.    Plaintiffs will suffer greater injury from the denial of temporary injunctive relief than Defendant will suffer from the granting of such relief.  The granting of this temporary restraining order will further the public interest.

**IT IS ORDERED**

1. A temporary restraining order is issued.

2. Defendant Bank of America Corporation is enjoined and restrained, whether alone or in concert with others, including any officer, agent, assignee, successor, representative and/or employee of Defendant's, from:

   Selling Plaintiffs' property at sheriff's sale and initiating summary proceedings for Plaintiffs eviction from 14650 Robson St, Detroit, MI 48227.

3. This order shall remain in full force and effect until the Court specifically orders otherwise.

4. Defendant shall show cause before this Court on a date to be determined by further Order why a preliminary injunction should not be ordered according to the terms and conditions of the temporary restraining order.

Dated: August 29, 2013

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on August 29, 2013, using the CM/ECF system, which will send notification to all parties who have filed appearances in this matter.

s/D. Goltz
Case Manager